UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MORAN,　　　　　　　　　　　　　　　　　:

　　　　　　Plaintiff,　　　　　　　　　　　　:

　　　-against-　　　　　　　　　　　　　　　:

WOMEN'S HOUSING AND ECONOMIC　　　　　:
DEVELOPMENT CORPORATION & RAYMOND
SINGLETON,　　　　　　　　　　　　　　　　:

　　　　　　Defendants.　　　　　　　　　　　:

------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/06
```

05 Civ. 2814 (VM) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on January 24, 2006, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction over the settlement through April 1, 2008 pursuant to the terms of the settlement agreement.

　　　　　SO ORDERED.

DATED:　　　New York, New York
　　　　　　　January 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Peck
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies **by fax & ECF** to:　　David Abrams, Esq.
　　　　　　　　　　　　　　　Scott A. Gold, Esq.
　　　　　　　　　　　　　　　Judge Victor Marrero

C:\ORD\DISMISS